UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| JOHN LIOCE,<br><br>        Plaintiff,<br><br>    v.<br><br>21ST CENTURY CENTENNIAL INSURANCE COMPANY, a foreign insurance company doing business in the State of Washington,<br><br>        Defendant. | No.: 3:13-cv-05660-BHS<br><br>ORDER ON THE STIPULATED MOTION FOR CONTINUANCE |

THIS MATTER having come before the Court on the parties' Stipulated Motion for Continuance, the Court having considered the pleadings submitted in support of the Motion:

Now, therefore, IT IS HEREBY ORDERED:

The jury trial and pre-trial dates are reset as follows:

| | |
|---|---|
| TEN DAY JURY TRIAL set for 9:00 am | November 4, 2014 |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 30, 2014 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | June 30, 2014 |

Page 1 – [PROPOSED] ORDER ON THE STIPULATED MOTION FOR CONTINUANCE

| | |
|---|---|
| All motions related to discovery must be FILED by | July 1, 2014 |
| Discovery COMPLETED by | July 21, 2014 |
| All dispositive motions must be FILED by | August 4, 2014 |
| Motions in limine should be FILED by the date in the right hand column. Pursuant to Local Rule CR 7(b)(4), all motions in limine SHALL be filed as ONE motion and SHALL be NOTED on the motions calendar no earlier than the third Friday after filing. Any response SHALL be filed no later than the Monday before the noting date. No reply papers shall be filed. | September 29, 2014 |
| Agreed pretrial order FILED with the Court by | October 13, 2014 |
| Trial briefs, proposed voir dire, and proposed jury instructions FILED by | October 14, 2014 |
| Pretrial conference | October 27, 2014 |

DATED: March 26, 2014

_____
THE HONORABLE BENJAMIN J. SETTLE

Page 2 – [PROPOSED] ORDER ON THE STIPULATED MOTION FOR CONTINUANCE

MALONEY | LAUERSDORF | REINER pc
ATTORNEYS AT LAW
117 SW Taylor Street, Ste. 300
Portland, Oregon 97204
Telephone: 503.245.1518
Facsimile: 503.245.1417